State's Attorney of Cook county, for defendant in error; John T. Gallagher, Rudolph L. Janega, and Arthur F. Manning, Assistant State's Attorneys, of counsel. Opinion by JUSTICE BURKE. **Not to be published in full.** Opinion filed January 11, 1954; released for publication March 8, 1954.

## City Apartments, Inc., Appellee, v. Emil Ismaiel, Appellant.

### Gen. No. 46,243. (Abstract of Decision.)

Irving D. Levin, and Paul R. Goldman, for appellant; Irving D. Levin, of counsel; Harold Marovitz, and Melvin F. Wingersky, for appellee; Melvin F. Wingersky, of counsel. Opinion by JUSTICE BURKE. **Not to be published in full.** Opinion filed January 11, 1954; released for publication March 8, 1954.

## Paysoff Tinkoff, Appellant, v. Estelle F. Cline et al., Defendants, Estelle F. Cline, Appellee.

### Gen. No. 45,922. (Abstract of Decision.)